USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-22-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JONATHAN SMITH, TIFFANY FOSTER, DORRIS
HOLLIS, DEBBIE McCOY, and CHUCK ZLATKIN,

12-cv-2002 (PAc)

                     Plaintiffs,

**ORDER TO SHOW
CAUSE FOR A
PRELIMINARY
INJUNCTION**

   -against-

NEW YORK METRO AREA POSTAL UNION
and CLARICE TORRENCE,

                     Defendants.

------------------------------------------------------X

Upon review of the Verified Complaint, verified on March 2, 2012, the Declaration of the Declaration of Richard Soto, dated March 21, 2012, and the various exhibits attached hereto, and good cause having been shown therein, Defendants are hereby

ORDERED to Show Cause, on the Monday 26th day of March, 2012 at 5pm that day, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20-C

a) why this Court should not issue a preliminary injunction requiring New York Metro Area Postal Union to pay the cost of printing, and mailing to its members an election campaign newsletter authored by Plaintiffs;

b) why this Court should not enter a preliminary and permanent injunction reinstating all plaintiffs except Smith to their former positions with NY Metro, with their former responsibilities; and it is further

ORDERED that service of this Order, and the papers upon which it is based, shall be made upon the defendants on or before 12 pm on Friday March 23, 2012;

It is further ORDERED that defendants shall file and serve any opposition papers with this Court on or before Monday, March 26, 2012, at 9:00 AM.

Dated: March 22, 2012

_____
United States District Judge